John Lussem, appellee, v. Leroy E. Wilson et al., appellants. Gen. No. 24,791.

Suit to set aside and declare null and void an instrument purporting to be a will, and also an alleged gift made by decedent. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in

the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 31, 1919.

John W. Leedle and William F. Hoig, for appellants. Harry H. Felgar, for appellee; G. Bernard Anderson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.